UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
KIMBERLY FOCHI,

        Plaintiff,

    -against-

NATIONAL GRID,

        Defendant.
------------------------------------------------------X

**ORDER**
12-CV-6167 (SJF)(ETB)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   JAN 3 1 2013   ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

On December 14, 2012, *pro se* plaintiff Kimberly Fochi ("plaintiff") filed in this Court: (1) a complaint against her former employer, National Grid ("defendant"), pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), as codified, 42 U.S.C. §§ 2000e to 2000e-17, as amended ("Title VII") and the Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 ("ADA"); and (2) an application to proceed *in forma pauperis*. Since plaintiff's financial status, as set forth in her declaration in support of her application to proceed *in forma pauperis*, qualifies her to commence this action without prepayment of the filing fees, see 28 U.S.C. § 1915(a)(1), plaintiff's application to proceed *in forma pauperis* is granted. The Clerk of Court is directed to forward copies of the summons, complaint and this Order to the United States Marshal Service for service upon defendant without prepayment of fees, and to mail a copy of this Order to the *pro se* plaintiff at her last known address.

**SO ORDERED.**

        s/ Sandra J. Feuerstein
        _____
        Sandra J. Feuerstein
        United States District Judge

Dated: January 31, 2013
       Central Islip, New York